IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Petitioner,<br>vs.<br><br>MARK D. HANSEN,<br><br>                      Respondent. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No.  2:08CV178 DAK |

       On May 5, 2008, the Magistrate Judge issued a Report and Recommendation in this case, recommending that the court find that Respondent has failed to show cause why he should not be compelled to comply with the Summons and that he be ordered to provide the information required by the Summons to the IRS by no later than 30 days after the date of this Order.

       Respondent has not objected to this Recommendation, and the time for doing so has expired.  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.   The court finds that Respondent has failed to show cause why he should not be compelled to comply with the Summons, and he is directed to provide the information required by the Summons to the IRS by no later than June 22, 2008.  The IRS offices are located at 50 South 200 East, Salt Lake City, Utah 84111.

       DATED this 22nd day of May, 2008.

                                                    BY THE COURT:

                                                    DALE A. KIMBALL<br>
                                                    United States District Judge